IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANKIE D. WHITE, | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 12-0626-M |
| CAROLYN W. COLVIN, | : |
| Commission of Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Frankie D. White.

DONE this 21st day of June, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE